UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL ROOSEVELT JONES,

    Plaintiff,

v.

    Case No. 1:22-cv-159

    Hon. Hala Y. Jarbou

MALAIKA G. TUCKER, et al.,

    Defendants.
_____/

## ORDER

On January 27, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that the Court grant Defendants Sanborn, Jaramillo, Barber, and Bonn's motion for summary judgment (ECF No. 23) on the basis of exhaustion. (*See* R&R, ECF No. 51.) Plaintiff filed a change of address with the Court (ECF No. 52) on February 10, 2023. Copies of the R&R were mailed to the new address on February 14, 2023. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 51) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Sanborn, Jaramillo, Barber, and Bonn's motion for summary judgment (ECF No. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Sanborn, Jaramillo, Barber, and Bonn are **DISMISSED** as defendants because Plaintiff failed to exhaust his administrative remedies against

2

these individuals before filing his complaint.  Defendants Tucker and Beehler remain defendants in this action.

Dated: March 7, 2023                                   /s/ Hala Y. Jarbou
                                                                     HALA Y. JARBOU
                                                                     CHIEF UNITED STATES DISTRICT JUDGE