UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL ROOSEVELT JONES,

    Plaintiff,

v.

                                                Case No. 1:22-cv-159

MALAIKA G. TUCKER, *et al.,*

                                                Hon. Hala Y. Jarbou

    Defendants.

_____/

## **ORDER**

On February 1, 2024, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that Defendants' motion for summary judgment (ECF No. 57) be granted as to Defendant Tucker and denied as to Defendant Beehler (*See R&R*, ECF No. 61.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 61) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment and Qualified Immunity (ECF No. 57) be **GRANTED** as to Defendant Tucker and **DENIED** as to Defendant Beehler.

Dated: March 1, 2024                                    /s/ Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                        CHIEF UNITED STATES DISTRICT JUDGE